UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION


GREGORY A. FIGEL,

       Plaintiff,

v.                                                                     Case No. 2:05-cv-189
                                             HON. ROBERT HOLMES BELL

DANIEL STASEWICH, et al.,

       Defendants.

_____/


**OPINION AND ORDER**
**APPROVING REPORT AND RECOMMENDATION**

       The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

       THEREFORE, IT IS ORDERED that:

       1.      The Report and Recommendation of the Magistrate Judge (Docket #48) is approved and adopted as the opinion of the Court.

       2.      Defendants' motions to dismiss for mis-joinder (Docket ## 27, 42) are DENIED.


Date:      June 9, 2006             /s/ Robert Holmes Bell                  
                                             ROBERT HOLMES BELL
                                           CHIEF UNITED STATES DISTRICT  JUDGE